# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BAILEY, SERRA BAILEY, ROBERT T. BAILEY, JR., CHERI PAROULEK, <br><br> Plaintiff(s), <br><br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION (FEDERAL AVIATION ADMINISTRATION), <br><br> Defendant(s). | 2:06-CV-1191-FMC-VBKx <br><br> **JUDGMENT** |

   The action came on for trial before the Court without a jury, and the issues having been duly tried and Findings of Fact and Conclusions of Law, and Order on Award of Damages for Claims having been filed,

   It is hereby ordered that:

   1.   Judgment is for the plaintiffs Melanie Bailey, Serra Bailey, Robert T. Bailey, Jr., and Cheri Paroulek and against defendant United States of America;

1       2.      Plaintiffs Melanie Bailey and Serra Bailey shall recover $268,206 in economic
2 damages from the defendant United States of America;
3       3.      Plaintiffs Melanie Bailey, Serra Bailey, Robert T. Bailey, Jr., and Cheri Paroulek
4 shall recover $4,500,000.00 million dollars in noneconomic damages from the defendant
5 United States of America;
6       4.      Plaintiffs shall recover costs of action.

8 DATED: September 10, 2008

*/s/ Florence-Marie Cooper*
FLORENCE-MARIE COOPER
United States District Court Judge